﻿Citation Nr: AXXXXXXXX
Decision Date: 01/29/21 Archive Date: 01/29/21

DOCKET NO. 200205-60234
DATE: January 29, 2021

ORDER

The issue of entitlement to an earlier effective date for the award of service connection for posttraumatic stress disorder (PTSD) is dismissed.

 

FINDING OF FACT

As the maximum benefit sought on appeal was granted in a March 2019 rating decision, the issue of entitlement to an earlier effective date for the award of service connection for PTSD is moot.

CONCLUSION OF LAW

The criteria for dismissal of the issue involving entitlement to an earlier effective date for the award of service connection for PTSD have been met. 38 U.S.C. § 7105; 38 C.F.R. § 20.104.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from December1973 to January 1976.

This case in on appeal from a March 2019 rating decision. The Veteran filed a notice of disagreement (NOD) in February 2020. The rating decision on appeal constitutes an initial decision; therefore, the modernized review system, also known as the Appeals Modernization Act (AMA), applies. 

The Veteran has a separate appeal pending regarding the issue of entitlement to an initial evaluation in excess of 30 percent for PTSD from November 19, 2010, to January 24, 2016. The Board previously remanded that issue for further development in March 2020. At present, the issue remains pending below at the agency of original jurisdiction (AOJ). That issue will be addressed in a separate Board decision at a later time, when in order. 

As the Board indicated in its March 2020 remand, the Veteran also has a separate pending appeal seeking an initial evaluation in excess of 30 percent from January 24, 2016, to March 15, 2018, for PTSD. That matter will also be addressed in a separate Board decision, when in order. 

An earlier effective date for the award of service connection for PTSD.

The Veteran’s appeal for an earlier effective date has a long and complex procedural history. The Board initially granted service connection for PTSD in a July 2017 decision. The RO implemented the Board’s decision by issuing a rating decision in July 2017. The RO assigned an initial 30 percent evaluation effective from January 2016. The Veteran filed an NOD in September 2017 disagreeing with the effective date and evaluation assigned. He specified that he was seeking an effective from October 13, 2010. Notably, that date was for a different claim. The Veteran filed a claim of service connection for a psychiatric condition shortly thereafter on November 19, 2010.

The Veteran subsequently submitted several forms requesting to opt-into the Rapid Appeals Modernization Program (RAMP) under the AMA appeal system, and choosing the Higher-Level Review lane. The RO notified the Veteran in February 2019 that his appeal was withdrawn from VA’s “traditional” Legacy appeal process. 

The effective date portion of his appeal was readjudicated by the RO in a March 2019 RAMP rating decision, which granted an effective date of November 19, 2010, for the award of service connection for PTSD, and assigned a 30 percent initial evaluation for the earlier rating period from November 19, 2010, to January 24, 2016. 

In April 2019, the Veteran filed a claim seeking an earlier effective date for the award of a 100 percent rating for PTSD effective from November 2010. The RO notified him later in April 2019 that this claim could not be accepted as he did not appeal the March 2019 rating decision granting service connection for PTSD. 

Pursuant to an April 2019 NOD, the Veteran then implemented a separate appeal seeking a 100 percent rating effective from October 2010. (As explained herein above, that appeal is pending separately as last remanded by the Board in March 2020.) 

In December 2019, the RO issued a rating decision denying an earlier effective date for the award of 100 percent for PTSD. The Veteran filed a second NOD in February 2020 disagreeing with that decision. 

At present, the Board finds that the instant matter must be dismissed as moot. The Veteran was seeking an effective date for the award of service connection for PTSD from the date of his claim in November 2010 (misinterpreted as October 2010). The March 2019 rating decision granted service connection for PTSD from November 2010. That rating decision granted the maximum benefit sought on appeal; thus, there is no case or controversy left for the Board to address. In fact, the Veteran explained in NODs filed in August 2019 and February 2020 that he agreed with the effective date awarded in the March 2019 rating decision. 

In short, the maximum benefit sought on appeal has been granted. Hence, the instant appeal is dismissed as moot. As indicated, the Veteran has separate appeals pending for increased ratings for PTSD. The instant decision does not affect the outcome of those matters, which will be decided separately by the Board at a later time. 

 

 

RYAN T. KESSEL

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board C. Bosely, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.